UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| M.A., a minor, by and through her Next Friend, P.K., | ) ) ) | |
| Plaintiffs. | ) ) | Case No. |
| vs. | ) ) | |
| VILLAGE VOICE MEDIA HOLDINGS. L.L.C., d/b/a backpage.com Serve: Registered Agent National Registered Agents, Inc. 160 Greentree Drive, Suite 101 Dover, DE 19904 | ) ) ) ) ) ) ) ) | |
| Defendant. | ) | |

MOTION: Granted ✓
Denied
Overruled
Date
[signature] 9/28/10

## MOTION FOR PROTECTIVE ORDER PURSUANT TO RULE 5.2 OF THE FEDERAL RULES OF CIVIL PROCEDURE

Comes now Plaintiff's M.A.. a minor, and P.K.. her Next Friend. and for Plaintiff's Motion for Protective Order pursuant to Rule 5.2 of the Federal Rules of Civil Procedure, state:

1. Plaintiffs' Complaint herein is an action for damages. attorney's fees and other appropriate relief arising under the Child Abuse Victim's Rights Act (CAVRA). 18 U.S.C. Section 2255 et seq.

2. Plaintiff M.A.. is a minor. and Plaintiff P.K. is her natural mother.

3. In Order to safeguard the privacy of Plaintiffs, Plaintiffs must be identified only by initials in all pleadings.

4. Plaintiff will file a Reference List. under seal. that identifies each item of redacted information and specifies an appropriate identifier that uniquely corresponds to each item listed.

WHEREFORE. Plaintiffs M.A.. a minor, and P.K.. respectfully request the Court enter a Protective Order ensuring Plaintiff's confidentiality by referring to Plaintiff's only by initials M.A., a minor, and P.K., her Next Friend. and enter any such further orders as are appropriate.

1